R. J. HUTCHINS, *Plaintiff in Error*, vs. CURTIS M. BROWN, *Defendant in Error*.

144 So. 655.

Division A.

Decision filed November 21, 1932.

*Ferguson & Fussell, Robert G. Gilroy* and *Dixie L. Herlong*, for Plaintiff in Error;

*Fred Paradise* and *J. A. Dewberry*, for Defendant in Error.

PER CURIAM.—This cause coming on to be heard upon the record and the briefs and arguments of counsel, it is the opinion of the court that there is no reversible error in the record, and the judgment of the court below will accordingly be and the same is affirmed.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.